**BECK REDDEN LLP**
Fields Alexander
Texas State Bar No. 00783528
falexander@beckredden.com
Parth S. Gejji
Texas State Bar No. 24087575
pgejji@beckredden.com
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
*pro hac vice*

**PRINCE, YEATES & GELDZAHLER**
John A. Snow
Nevada Bar No. 4133
jsnow@vancott.com
15 West South Temple, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 524-1000
Facsimile: (801) 524-1098

*Attorneys for Marcus & Millichap Real Estate Investment Services of Nevada, Inc., Marcus & Millichap Real Estate Investment Services, Inc., Gordon Allred, Alvin Najib Mansour, Kevin Najib Mansour, Perry White, and Nenad Zivkovic.*

FOR COMPLIANCE WITH NSCR 42.1 ONLY
**KOCH & SCOW, LLC**
Steven B. Scow
Nevada Bar No. 9906 sscow@kochscow.com
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 318-5040
Facsimile: (702) 318-5039
(Local Counsel)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES OF NEVADA, INC., MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES, INC., GORDON ALLRED, ALVIN NAJIB MANSOUR, KEVIN NAJIB MANSOUR, PERRY WHITE, and NENAD ZIVKOVIC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>JOSEPH DECKER, in his official capacity as Administrator of the Real Estate Division, Department of Business & Industry, State of Nevada,<br><br>and<br><br>NORMA JEAN OPATIK, NEIL SCHWARTZ, SHERRIE CARTINELLA, DEVIN REISS, and LEE K. BARRETT, in their official capacities as Commissioners of the Nevada Real Estate Commission,<br><br>　　　　Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 2:16-CV-01299<br><br><br><br>*CORRECTED* STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS<br>(First Request) |

### *CORRECTED* STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS
### (First Request)

1.　　Plaintiffs file this *corrected* stipulation for extension of time to file a response to the motion to dismiss. This is the Plaintiffs' first request for an extension for this response. Defendants filed the motion to dismiss on August 12, 2016.

2.　　Pursuant to Local Rule 7-2 and Federal Rule of Civil Procedure 6, the Plaintiffs response to the motion to dismiss is currently due on August 29, 2016.

3. Plaintiffs' counsel have conferred with Defendants' counsel. Defendants have agreed to a 30-day extension for the response to the motion to dismiss. The new deadline would therefore be September 28, 2016.

4. Good cause exists for extending the time to file the response. Lead counsel, Fields Alexander, has been and continues to be engaged in other litigation with imminent deadlines and the requested extension will permit counsel to adequately address the representation of his clients in this matter while not neglecting other client needs in other pending matters.

5. This stipulation is not filed for the purpose of delay, but to allow counsel adequate time to prepare the response.

6. For these reasons, Plaintiffs respectfully request an extension of time to file their response until September 28, 2016.

7. As mandated by Local Rule 6-2, an order in form of a signature block appears at the end of this filing.

DATED this 24th day of August 2016.

**AGREED AS TO FORM:**

/s/ *Fields Alexander*

Fields Alexander
Texas State Bar No. 00783528
falexander@beckredden.com
Parth S. Gejji
Texas State Bar No. 24087575
pgejji@beckredden.com
BECK REDDEN LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
*pro hac vice*


John A. Snow
Nevada Bar No. 4133
jsnow@vancott.com
PRINCE, YEATES & GELDZAHLER
15 West South Temple, Suite 1700
Salt Lake City, UT 84101
Telephone: (801) 524-1000
Facsimile: (801) 524-1098

*Attorneys for Marcus & Millichap Real Estate Investment Services of Nevada, Inc., Marcus & Millichap Real Estate Investment Services, Inc., Gordon Allred, Alvin Najib Mansour, Kevin Najib Mansour, Perry White, and Nenad Zivkovic.*

/s/ T. Haar

Adam Paul Laxalt
NEVADA ATTORNEY GENERAL
Steve Shevorski
HEAD OF COMPLEX LITIGATION
Nevada Bar No. 8256
Telephone: (702) 486-3783
sshevorski@ag.nv.gov
Theresa M. Haar
DEPUTY ATTORNEY GENERAL
Nevada Bar No. 12158
Telephone: (702) 486-3792
thaar@ag.nv.gov
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101

*Attorneys for Defendants Joseph Decker, Norma Jean Opatik, Neil Schwartz, Sherrie Cartinella, Devin Reiss, and Lee K. Barrett.*

FOR COMPLIANCE WITH NSCR 42.1 ONLY
Steven B. Scow
Nevada Bar No. 9906
sscow@kochscow.com
KOCH & SCOW, LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 318-5040
Facsimile: (702) 318-5039
(Local Counsel)

Respectfully submitted,

**BECK REDDEN LLP**

By: */s/ Fields Alexander*
    Fields Alexander
    Texas State Bar No. 00783528
    falexander@beckredden.com
    Parth S. Gejji
    Texas State Bar No. 24087575
    pgejji@beckredden.com
    1221 McKinney Street, Suite 4500
    Houston, Texas 77010-2010
    Telephone: (713) 951-3700
    Facsimile: (713) 951-3720
    *(pro hac vice admissions pending)*
    *(will comply with LR IA 10-2 within*
    *45 days)*

**PRINCE, YEATES & GELDZAHLER**

By: */s/ John A. Snow*
    John A. Snow
    Nevada Bar No. 4133
    jsnow@vancott.com
    15 West South Temple, Suite 1700
    Salt Lake City, UT 84101
    Telephone: (801) 524-1000
    Facsimile: (801) 524-1098

*Attorneys for Marcus & Millichap Real Estate Investment Services of Nevada, Inc., Marcus & Millichap Real Estate Investment Services, Inc., Gordon Allred, Alvin Najib Mansour, Kevin Najib Mansour, Perry White, and Nenad Zivkovic.*

            FOR COMPLIANCE WITH NSCR 42.1 ONLY
            **KOCH & SCOW, LLC**
        By: _/s/ Steven B. Scow_
            Steven B. Scow
            Nevada Bar No. 9906
            sscow@kochscow.com
            11500 S. Eastern Ave., Suite 210
            Henderson, Nevada 89052
            Telephone: (702) 318-5040
            Facsimile: (702) 318-5039
            (Local Counsel)

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2016 a true and correct copy of the foregoing instrument was served via electronic filing in compliance with the Federal Rules of Civil Procedure on Defendants' counsel of record.

                     _/s/ Parth S. Gejji_
                       Parth S. Gejji

## CERTIFICATE OF CONFERENCE

The filing of this stipulation was discussed among the parties on August 18, 2016 and Defendants' counsel are unopposed.

                     _/s/ Parth S. Gejji_
                       Parth S. Gejji

    ORDER

    IT IS SO ORDERED.

    IT IS FURTHER ORDERED that [20] Stipulation is DENIED as moot. This is a duplicate entry to [21] Corrected Stipulation.

    _____
    RICHARD F. BOULWARE, II
    UNITED STATES DISTRICT JUDGE

                **DATED:** August 26, 2016.