ADAM PAUL LAXALT
Nevada Attorney General
STEVE SHEVORSKI
Head of Complex Litigation
Nevada Bar No. 8256
Telephone: (702) 486-3783
Email: sshevorski@ag.nv.gov
THERESA M. HAAR
Deputy Attorney General
Nevada Bar No. 12158
Telephone: (702) 486-3792
Email: thaar@ag.nv.gov
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada  89101
*Attorneys for Defendants*
*Joseph Decker, Norma Jean Opatik,*
*Neil Schwartz, Sherrie Cartinella,*
*Devin Reiss, and Lee K. Barrett*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES OF NEVADA, INC., MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES, INC., GORDON ALLRED, ALVIN NAJIB MANSOUR, KEVIN NAJIB MANSOUR, PERRY WHITE, and NENAD ZIVKOVIC,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH DECKER, in his official capacity as Administrator of the Real Estate Division, Department of Business & Industry, State of Nevada,<br><br>and<br><br>NORMA JEAN OPATIK, NEIL SCHWARTZ, SHERRIE CARTINELLA, DEVIN REISS, and LEE K. BARRETT, in their official capacities as Commissioners of the Nevada Real Estate Commission,<br>Defendants. | Case No.  2:16-cv-01299-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME (FIRST REQUEST)** |

Defendants filed their Motion to Dismiss on August 12, 2016.  ECF 19.  Defendants stipulated to an extension of time for Plaintiffs to file their Opposition.  ECF 21.  Plaintiffs filed their Opposition on September 28, 2016.  ECF 23.  Defendants' Reply is due Monday

Page **1** of **3**

October 10, 2016.  The parties agree to extend said deadline to Monday October 24, 2016.

The parties here state that there is good cause for the extension.  Counsel for Defendants has been engaged in litigation with immediate deadlines.

This stipulation is not filed for the purpose of delay.

The parties have met and conferred, and stipulate to the extension of time to file Defendants' Reply.

| BECK REDDEN LLP | ADAM PAUL LAXALT |
| --- | --- |
| | Attorney General |
| By:*/s/ Parth Gejji* Date: Oct. 4, 2016<br>Fields Alexander<br>Texas State Bar No. 00783528<br>falexander@beckredden.com<br>Parth S. Gejji<br>Texas State Bar No. 24087575<br>pgejji@beckredden.com<br>1221 McKinney Street, Suite 4500<br>Houston, Texas 77010-2010<br>Telephone:  (713) 951-3700<br>Facsimile:  (713) 951-3720<br>*Attorneys for Plaintiff* | By:*/s/Theresa M. Haar* Date: Oct. 4, 2016<br>Steve Shevorski<br>Head of Complex Litigation<br>Nevada Bar No. 8256<br>Telephone: (702) 486-3783<br>sshevorski@ag.nv.gov<br>Theresa M. Haar<br>Deputy Attorney General<br>Nevada Bar No. 12158<br>Telephone: (702) 486-3792<br>thaar@ag.nv.gov<br>555 E. Washington Ave., Ste. 3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**SO ORDERED.**

Dated this 10th day of October, 2016.

_____
RICHARD F. BOULWARE, II
United States District Judge

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 4, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that a true and correct copy of the foregoing document is being served upon jsnow@vancott.com, sscow@kochscow.com, falexander@beckredden.com, and pgejji@beckredden.com, Attorneys for Plaintiffs via transmission of Notices of Electronic Filing by CM/ECF.

Respectfully Submitted,

/s/   Diane Q. Resch
An employee of:
STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL