# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES OF NEVADA, INC, *et al.*,

    Plaintiffs,

vs.

JOSEPH DECKER, *et al.*,

    Defendants.

Case No. 2:16-cv-01299-RFB-GWF

**ORDER**

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 1 ) in this matter was filed on June 10, 2016. Defendant filed its Answer (ECF No. 36 ) on April 11, 2017. Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **June 12, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 2nd day of June, 2017.

                                                                                    GEORGE FOLEY, JR.
                                                                                   United States Magistrate Judge